**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Calvin Rico ROSEMOND, Defendant—Appellant.**

**No. 04–6715.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 26, 2004.

Decided Sept. 2, 2004.

Calvin Rico Rosemond, Appellant pro se. Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Calvin Rico Rosemond appeals the district court's margin order denying his motion for discovery. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Rosemond,* No. CR–02–435 (D.S.C. filed Apr. 5, 2004 & entered Apr. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*